IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PURCELL BRONSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>C.O. MINNICK, DEPUTY DICKSON, )<br>and PHILIP JOHNSON, in their )<br>official and private capacity,)<br>)<br>) | Civil Action No. 02-547<br>Judge Alan N. Bloch/<br>Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 15th day of June, 2006, after the plaintiff, Purcell Bronson, filed an action in the above-captioned case, and after a Motion for Summary Judgment was submitted by the defendants and a Motion for a Temporary Restraining Order was submitted by the plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendants' Motion for Summary Judgment is GRANTED as to all claims against all defendants;

IT IS FURTHER ORDERED that the plaintiff's Motion for a Temporary Restraining Order is DENIED;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                      */s/ Alan N. Bloch*
                                        ALAN N. BLOCH
                                        United States District Judge

cc:      Honorable Amy Reynolds Hay
         United States Magistrate Judge

         Purcell Bronson
         AF-8163
         SCI Camp Hill
         P.O. Box 200
         Camp Hill, PA 17001

         Craig E. Maravich, Esquire
         Susan J. Forney, Esquire
         Office of the Attorney General
         564 Forbes Avenue
         6th Floor, Manor Complex
         Pittsburgh, PA 15219